UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

SAMIRAH and ENUNG,

        Plaintiffs,

v.

VARSHA MAHENDER SABHNANI and
MAHENDER MURLIDHAR SABHNANI,

        Defendants.

Case No. CV 08-2970 (ADS) (WDW)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ MAY 07 2012 ★

LONG ISLAND OFFICE

## ORDER

WHEREAS Plaintiffs, SAMIRAH and ENUNG, and Defendants, VARSHA MAHENDER SABHNANI and MAHENDER MURLIDHAR SABHNANI, jointly filed a motion in this matter to release the attached funds, the balance of the funds the Court ordered for attachment with the Clerk of the Court on October 7, 2010 (Doc. 84) to the account of Sam P. Israel, P.C. pursuant to Section 6225 of the New York Civil Practice Laws and Rules; it is hereby

ORDERED that the joint motion be, and it hereby is, granted; and it is further

ORDERED that the Clerk of the Court shall release the remaining balance of the bail money within the custody of the Court to the account of Defendants' counsel, Sam P. Israel, P.C.

DATED: May 7, 2012

/s/ Arthur D. Spatt
_____
HON. ARTHUR D. SPATT
UNITED STATES DISTRICT JUDGE