UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ JUL 20 2012 ★

LONG ISLAND OFFICE

| | |
|---|---|
| SAMIRAH and ENUNG, <br><br> Plaintiffs, <br><br> v. <br><br> VARSHA MAHENDER SABHNANI and MAHENDER MURLIDHAR SABHNANI, <br><br> Defendants. | Case No. CV 08-2970 (ADS-WDW) |

**AMENDED JOINT MOTION TO RELEASE ATTACHED FUNDS**

Plaintiffs, Samirah (also known as "Samirah NFN") and Enung (also known as "Enung NFN") (hereinafter collectively referred to as "Plaintiffs"), and Defendants, Varsha Mahender Sabhnani and Mahender Murlidhar Sabhnani (hereinafter collectively referred to as "Defendants") jointly move the Court to the following:

  a. Pursuant to Section 6225 of the New York Civil Practice Laws and Rules, release the attached funds, the balance of the funds the Court ordered for attachment with the Clerk of the Court on June 28, 2010 (Doc. 57), August 31, 2010 (Doc. 76), and October 7, 2010 (Doc. 84) in this Civil Action, which was deposited into an interest-bearing account pursuant to the Court's order on July 30, 2008 (Doc. 494) in the related Criminal Action, *United States v. Sabhnani & Sabhnani*, 07-cr-0429(ADS), to the account of Sam P. Israel, P.C. ("Escrow Agent"); and

  b. Release the undertaking Plaintiffs gave as an undertaking in the amount of $500 pursuant to Section 6212 of the New York Civil Practice Laws and Rules, which the Court ordered be posted as security on August 31, 2010 (Doc. 76) and October 7, 2010 (Doc. 84) in this Civil Action, to the account of Fish & Richardson P.C.

1

Respectfully submitted,

Dated: June 4, 2012

/S Karen Yeh
Karen Yeh
FISH & RICHARDSON P.C.
601 Lexington Avenue – Floor 52
New York, NY 10022-4611
212-765-5070

/S Ivy O. Suriyopas
Ivy O. Suriyopas
ASIAN AMERICAN LEGAL DEFENSE
AND EDUCATION FUND
99 Hudson Street, 12th Floor
New York, New York 10013
212-966-5932 x235

*Attorneys for Plaintiffs*
Samirah and Enung

/S Sam P. Israel
Sam P. Israel, Esq.
Sam Israel, P.C.
One Liberty Plaza
Twenty-Third Floor
New York, NY 10006
smisrael@aol.com

*Attorney for Defendants*

VARSHA MAHENDER SABHNANI and
MAHENDER MURLIDHAR SABHNANI

Application granted.
So Ordered.

2012-5-2 Joint Motion to Release Attached Funds.doc

/s/ Arthur D. Spatt
Arthur D. Spatt, U.S.D.J.
7/20/12

2